# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | CHRISTOPHER E. BENSON |
| Case Number: | 15-24021-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 14, 2016  10:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*Matter:*

#26 - Continued Confirmation of Plan Dated 5/3/2016 (NFC)
R / M #:   26 / 0

*Appearances:*

Debtor: Santillan

Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 7-28-16
   Objections are due on or before 8-18-16.
   A hearing on the Amended Plan is set for 8-25-16 at 10:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2016 JUL 14 PM 3:48