# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 15-24021-GLT** |
| **Christopher E. Benson** | ) | |
|    **Debtor** | ) | **Related to Dkt. No. 39** |
| **Christopher E. Benson** | ) | **Motion No. ☐ WO-1** |
|    **Movant** | ) | |
|       **v.** | ) | |
| **PNC Financial Service Group** | ) | |
|    **Respondent** | ) | |

**CERTIFICATE OF SERVICE FOR COURT ORDER TO PAY TRUSTEE
PURSUANT TO AMENDED WAGE ATTACHMENT AND NOTIFICATION OF THE DEBTOR'S
SOCIAL SECURITY NUMBER**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **July 20, 2016**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. Christopher Benson, 724 Wheatland Circle, Bridgeville, PA 15017
b. PNC Financial Service Group, Two PNC Plaza, 620 Liberty Avenue, Pittsburgh, PA 15222

Executed on: **July 20, 2016**                **/s/Bryan P. Keenan**
                                                       Bryan P. Keenan, PA ID No. 89053
                                                       Bryan P. Keenan & Associates P.C.
                                                       Attorney for Debtor
                                                       993 Greentree Road, Suite 101
                                                       Pittsburgh, PA 15220
                                                       (412) 922-5116
                                                       keenan662@gmail.com