## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 15-24021-GLT** |
| **Christopher E. Benson** | ) | **Chapter 13** |
|     **Debtor** | ) | **Doc No.** |
| **Christopher E. Benson** | ) | |
|     **Movant** | ) | **Response  09/05/2019** |
| vs | ) | **Hearing: 09/11/2019 at 10:30 a.m.** |
| **Nationstar Mortgage LLC, d/b/a Mr. Cooper** | ) | |
| **Peoples Natural Gas Company LLC** | ) | |
| **Internal Revenue Service, LLC** | ) | |
| **PA Department of Revenue** | ) | |
| **ECSL, Resurgent Capital Service/Sherman** | ) | |
| **South Fayette Township,** | ) | |
| **South Fayette School District** | ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
|     **Respondent** | ) | |

### CERTIFICATION OF NO OBJECTION ON
### DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND
### CLEAROF ALL MORTGAGES, LIENS AND ENCUMBRANCES
### IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 6004-2

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **August 19, 2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **September 5, 2019.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: September 6, 2019**          /s/Bryan P. Keenan
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com