## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 15-24021-GLT** |
| **Christopher E. Benson** | ) | **Chapter 13** |
|     **Debtor** | ) | **Doc No.** |
| **Christopher E. Benson** | ) | |
|     **Movant** | ) | |
| **vs** | ) | |
| **Nationstar Mortgage LLC, d/b/a Mr. Cooper** | ) | |
| **Peoples Natural Gas Company LLC** | ) | |
| **Internal Revenue Service, LLC** | ) | |
| **PA Department of Revenue** | ) | |
| **ECSL, Resurgent Capital Service/Sherman** | ) | |
| **South Fayette Township,** | ) | |
| **South Fayette School District** | ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
|     **Respondent** | ) | |

## REPORT TO THE COURT RE
## ORDER APPROVING THE MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL MORTGAGES, LIENS AND ENCUMBRANCES
## IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 6004-2 WITH THE CONSENTOF THE CHAPTER 13 TRUSTEE

NOW COMES the Debtor, Christopher E. Benson, by and through his attorneys, Bryan P. Keenan & Associates P.C. and Bryan P. Keenan, Esquire and files the within REPORT TO THE COURT and in support thereof avers the following:

1. The Debtor filed a Motion to Sell Property on August 23, 2019.

2. On September 10, 2019 this Honorable Court entered an Order approving the Debtor's Motion to Sell Property.

3. The buyer has been unable to secure financing and proceed forward with the purchase.

4. Therefore, no sale has occurred.

**WHEREFORE**, the Debtor, Christopher E. Benson, so reports.

Dated: November 22, 2019              /s/ Bryan P. Keenan
                                     Bryan P. Keenan, Esquire, PA ID No. 89053
                                     Bryan P. Keenan & Associates, P.C.
                                     Attorney for Debtors
                                     993 Greentree Road, Suite 101
                                     Pittsburgh, PA 15220
                                     (412) 922-5116
                                     keenan662@gmail.com