# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 15-24021-GLT |
| **Christopher E. Benson** | ) | Chapter 13 |
| Debtor | ) | Doc No. |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the U.S. Bankruptcy Court:

1. Please be advised that the debtors, **Christopher E. Benson**, are no longer receiving mail at the following address:

>    **Christopher E. Benson**
>    **724 Wheatland Circle**
>    **Bridgeville, PA 15017**

2. The new mailing address of the debtor, **Christopher E. Benson**, is as follows:

>    **Christopher E. Benson**
>    **13379 Twin Lake Avenue**
>    **Spring Hill, Florida 34609**

**WHEREFORE**, the Debtor, **Christopher E. Benson** requests that the Clerk update the Debtor's address.

Respectfully submitted,

Date: **February 5, 2020**        **/s/ Bryan P. Keenan            .**
**Bryan P. Keenan, Esquire, PA I.D. No. 89053**
**Bryan P. Keenan & Associates, P.C.**
**Attorneys for the Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412) 922-5116**
**keenan662@gmail.com**