UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/10/20 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHRISTOPHER E. BENSON

Debtor(s)

Ronda J. Winnecour, Trustee
Movant
vs.
CHRISTOPHER E. BENSON

Respondents

Case No. 15-24021GLT

Chapter 13

Related to Dkt. No. 78

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 10th day of February 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Pnc Financial Service Group
Attn: Payroll Manager
Fifth Ave And Wood St
Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of CHRISTOPHER E. BENSON, social security number XXX-XX-4627. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTOPHER E. BENSON.

BY THE COURT:

_____
jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher E. Benson
    Debtor

Case No. 15-24021-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Feb 10, 2020
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.
db         +Christopher E. Benson,    13379 Twin Lake Avenue,    Spring Hill, FL 34609-6156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
        Bryan P. Keenan    on behalf of Debtor Christopher E. Benson keenan662@gmail.com,
         melindap662@gmail.com
        James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                                 TOTAL: 7